AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Victor Baker, d/b/a One Treasure Limited, and One Treasure Ltd. <br><br> *Plaintiff(s)* <br> v. <br> Penguin Random House, L.L.C., f/k/a Random House, Inc., d/b/a Random House Films, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:20-cv-00004-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Netflix, served through its regestered agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin M. Welch
Blazier, Christensen, Browder & Virr, P.C.
901 S. Mopac, Bldg. V, Ste. 200
Austin, Texas 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**Jeannette J. Clack**
*CLERK OF COURT*

Date: January 3, 2020

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00004-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* NETFLIX

was received by me on *(date)* 1/3/20

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (authorized person at the agent), who is designated by law to accept service of process on behalf of *(name of organization)* NETFLIX C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801 on *(date)* 1/3/20 AT 3:30 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/3/20

*Server's signature*

KEVIN S. DUNN     PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD.
PO BOX 1360
WILMINGTON, DE 19899
302-475-2600

*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, PLAINTIFFS' ORIGINAL COMPLAINT & CIVIL COVER SHEET.

Sworn to 1/3/20

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Victor Baker, d/b/a One Treasure Limited, and One Treasure Ltd.<br><br>*Plaintiff(s)*<br><br>v.<br><br>Penguin Random House, L.L.C., f/k/a Random House, Inc., d/b/a Random House Films, et al<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:20-cv-00004-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Penguin Random House, L.L.C. served through its regestered agent
Coporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin M. Welch
Blazier, Christensen, Browder & Virr, P.C.
901 S. Mopac, Bldg. V, Ste. 200
Austin, Texas 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Jeannette J. Clack**
*CLERK OF COURT*

Date: January 3, 2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00004-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* PENGUIN RANDOM HOUSE, L.L.C.
was received by me on *(date)* 1/3/20

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LYNANNE GARES (authorized person at the agent) , who is designated by law to accept service of process on behalf of *(name of organization)* PENGUIN RANDOM HOUSE, L.L.C.
C/O CORPORATION SERVICE CO. 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808 on *(date)* 1/3/20 AT 4:00 PM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/3/20

*Server's signature*

KEVIN S. DUNN    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD.
PO BOX 1360
WILMINGTON, DE 19899
302-475-2600
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, PLAINTIFFS' ORIGINAL COMPLAINT & CIVIL COVER SHEET.

Sworn to 1/3/20

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022