AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Victor Baker, d/b/a One Treasure Limited, and One Treasure Ltd. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Penguin Random House, L.L.C., f/k/a Random House, Inc., d/b/a Random House Films, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:20-cv-00004-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amazon Technologies, Inc. served through its regestered agent
Coporation Service Company
112 North Curry Street
Carson City, Nevada 89703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin M. Welch
Blazier, Christensen, Browder & Virr, P.C.
901 S. Mopac, Bldg. V, Ste. 200
Austin, Texas 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Jeannette J. Clack*
CLERK OF COURT



Date:   January 3, 2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00004-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Amazon Technologies, Inc., d/b/a Prime Video and Amazon Prime was received by me on *(date)* 1/6/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kris, Administrative Assistant, who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company 112 N Curry St., Carson City, NV, 89703 @ 1:58 PM on *(date)* 1/6/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1/8/2020

*Server's signature*

Mary Magdalene Zeles, Process Server R-2019-01041
*Printed name and title*

105 Mary St.
Reno, NV 89509
*Server's address*

Additional information regarding attempted service, etc:
Additional documents served: Civil Cover Sheet; Plaintiff's Original Complaint